UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW HOPKINS,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. LESLIE SZIEBERT, ARNP GALINA DIXON, JOHN DOES 1-25, JANE DOES 1-25,<br><br>          Defendants. | No. C15-5554 BHS-KLS<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. (Dkt. 1). Plaintiff's application for leave to proceed *in forma pauperis* is **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $400.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this 17th day of August, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1