UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW HOPKINS,

                Plaintiff,

v.

WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, LESLIE SZIEBERT, et al.,

                Defendants.

CASE NO. C15-5553 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    John Does 1-25 and Jane Does 1-25 are **DISMISSED** from this case without prejudice.

Dated this 29th day February, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER