UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW HOPKINS,<br><br>            Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER GALINA DIXON, ARNP,<br><br>            Defendant. | CASE NO. 3:15-CV-05554-BHS-DWC<br><br>ORDER SETTING DEADLINE TO AMEND |

This matter comes before the Court on an Order Adopting Report and Recommendation ("Order") entered by District Judge H. Benjamin Settle on June 17, 2016. *See* Dkt. 37. In the Order, Plaintiff was granted leave to amend his Complaint to state a claim for which relief can be granted against Defendant Galina Dixon. *Id.* The case was re-referred to the undersigned for further proceedings. *Id.* at p. 2.

Accordingly, the Court orders Plaintiff to file an amended complaint on or before July 22, 2016. The amended complaint must contain a short, plain statement telling the Court: (1) the

ORDER SETTING DEADLINE TO AMEND - 1

constitutional right Plaintiff believes was violated; (2) exactly what Defendant Dixon did or failed to do; (3) how the action or inaction of Defendant Dixon is connected to the violation of Plaintiff's constitutional rights; and (4) what specific injury Plaintiff suffered because of Defendant Dixon's conduct. *See Rizzo v. Goode*, 423 U.S. 362, 371–72, 377, 96 S.Ct. 598, 46 L.Ed.2d 561 (1976).

The amended complaint must be legibly rewritten or retyped in its entirety, it should be an original and not a copy, it should contain the same case number, and it may not incorporate any part of the original Complaint by reference. The amended complaint will act as a complete substitute for the original Complaint, and not as a supplement. The Court will screen the amended complaint to determine whether it contains factual allegations linking each defendant to the alleged violations of Plaintiff's rights.

If Plaintiff fails to file an amended complaint on or before July 22, 2016, the undersigned will recommend dismissal of all claims against Defendant Dixon.

Dated this 22nd day of June, 2016.

David W. Christel
United States Magistrate Judge