UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW HOPKINS,

            Plaintiff,

v.

LESLIE SZIEBERT, et al.,

            Defendants.

CASE NO. C15-5554 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 42. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Galina Dixon is dismissed from this case without prejudice.

Dated this 4th day August, 2016.

                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER